1

2

3

4                      UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    JULIE CAMPBELL,                          Case No. 15-cv-05843-JD

8                    Plaintiff,

                                              **ORDER TO SHOW CAUSE**
9            v.

10   LANDCARE HOLDINGS, INC., et al.,

11                   Defendants.

12          On February 1, 2016, the Court conditionally granted the motion to withdraw of plaintiff's

13   attorneys and stated that plaintiff "should notify the Court within 30 days if she intends to seek

14   other counsel or proceed pro se." Dkt. No. 14.  Plaintiff has not filed any notification with the

15   Court.  On February 9, 2016, the Clerk entered default against Campbell on defendant's

16   counterclaims.  Dkt. No. 16.  On March 23, 2016, the Court held a case management conference in

17   this matter.  Dkt. No. 22.  Plaintiff did not appear at the conference and did not ask to be excused

18   from the hearing or to reschedule the date.  Plaintiff's failure to appear is unexcused and violates

19   the Court's standing order for civil cases.  At the hearing, defendant advised the Court that

20   Campbell has not served initial disclosures and did not participate in the filing of a case

21   management statement despite several efforts to communicate with her.

22          These failures concern the Court about plaintiff's continued interest in prosecuting her

23   case.  Campbell is ordered to show cause, in writing, by April 8, 2016, in response to these

24   questions:

25          (1)      Whether she intends to continue with this action;

26          (2)      If so, whether she will be proceeding pro se or has engaged counsel; and

27          (3)      Why the Court should not sanction her for her failure to appear at the case

28   management conference in this matter.

United States District Court
Northern District of California

1    Campbell is advised that failure to show cause may result in dismissal of this case for

2    failure to prosecute.  If Campbell intends to proceed in the case pro se, she may wish to consult a

3    manual our district has adopted to assist pro se litigants in presenting their case.  This manual, and

4    other free information, is available online at: http://cand.uscourts.gov/proselitigants.

5    **IT IS SO ORDERED.**

6    Dated: March 28, 2016

7

8    _____

9    JAMES DONATO
     United States District Judge

United States District Court
Northern District of California

2